**RECEIVED**
FRANK P. GERACI, JR.

MAR 1 9 2015

United States District Court
Western District of New York

Michael Williams
Livingston County Jail
4 Court Street
Geneseo, N.Y. 14454

Honorable Frank Geraci;
United State District Judge
United State Courthouse
100 State Street
Rochester, New York 14614

Dear Honorable Mr. Geraci;

My name is Michael Williams and my case number is, 12CR6152 and the reason I'm writting you this letter, is because I have an appeal before you, for a reopened suppression hearing.

I would like to bring to the courts attention, that on May 30, 2014 after both the goverment, and my lawyer had rested, and filed breifs, my hearing was reopened, so that the goverment could present evidence they failed to present

during orginal hearing. All the evidence presented during reopened hearing, the government had during orginal hearing, and didn't present because they used consent. The government was given every opportunity during orginal hearing to present there case, there is no basis to justify giveing the government two chances to prove its case.

People vs Robinson 100 A.D. 2d 945 (1984)

If this court would look into why hearing was reopened on May 30, 2014 after government and my lawyer rested and breifs were filed by government and my lawyer, and then hearing was reopened, giveing government second chance to prove it's case.

PETER N. PAGANO
No. 01PA6094178
Notary Public, State of New York
Qualified in Livingston County
My Commission Expires July 18, 20 16
Peter Pagano SR.

C/C
3-15-15

Respectfully
Michael Williams

P.S. Thank you for your time.